No. 86–6168.   DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6173.   TODD v. TENNESSEE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–6176.   WALTER v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6177.   SMALL v. BARKER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6187.   OLIVERI v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–6192.   GIAVASIS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6218.   JONES v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC CLASSIFICATION CENTER AT GRATERFORD.   C. A. 3d Cir.   Certiorari denied.

No. 86–6229.   COMBS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6244.   HOWELL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6250.   ANDREWS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–6259.   MCCUBBINS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6317.   MCNEILL v. SCULLY, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–6329.   BROWN v. GEARINGER, SUPERINTENDENT, MEN'S CORRECTIONAL INSTITUTION.   C. A. 11th Cir.   Certiorari denied.

No. 86–832.   BOLDEN, WARDEN v. MERLO.   C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.